UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN M. ZIEMBA )<br>Plaintiff )<br> )<br>v. )<br> )<br>THE LIDO RESTAURANT )<br>Defendant ) | 05-40103FDS |

## COMPLAINT AND JURY DEMAND

### PARTIES

1. The Plaintiff is an individual, who resides at 56 Steepleview Dr., Sturbridge, Worcester County, Massachusetts 01566.

2. The Defendant, The Lido Restaurant, is, upon information and belief, a corporation incorporated in Connecticut with a principal place of business in Quinebaug, Connecticut.

### FACTS

3. On or about June 28, 2003, the plaintiff was at defendant's restaurant in Quinebaug, Connecticut as a result of advertising by the defendant in Massachusetts. Upon information and belief, The Lido Restaurant is located within a few hundred feet of the Massachusetts border and its sign is visible from Massachusetts. Upon information and belief, the majority of the clientele of The Lido Restaurant come from Dudley, Webster, and Southbridge, Massachusetts.

1

RECEIPT # 404545
AMOUNT $ 250.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. _____
DATE 6-27-05

4. On or about June 28, 2003, plaintiff was exiting the restaurant through the front entrance. The front exit was unreasonably dangerous in that the step-down was unmarked, not to building code, and lacked handrails.

5. Upon information and belief, the owners of the building had recognized the dangerous nature of the exit and had negligently placed a sign warning of the danger on the back of the exit door. Because the exit door was open when plaintiff approached it, the sign was not visible, due to the negligent placement of the sign by defendant.

6. Upon information and belief, other patrons of the restaurant had fallen due to the unreasonably dangerous step-down, had been injured, and such injuries were known to the defendant.

7. Upon information and belief, because other patrons of the restaurant had fallen due to the unreasonably dangerous step-down, had been injured, and such injuries were known to the defendant, the defendant had attempted to warn patrons of the dangerous condition but had done so negligently.

8. As a direct causal result of the negligence of defendant and and/or its agents or employees and the unreasonably dangerous condition of defendant's premises, Plaintiff fell, breaking her leg and hip. Plaintiff was taken by ambulance to Harrington Memorial Hospital, where she was stabilized and then transported to Worcester Medical Center where she underwent leg and hip surgery. Plaintiff thereafter underwent rehabilitation at Hubbard Regional Hospital Rehab Center.

9. As a direct causal result of the negligence of defendant and and/or its agents or employees and the unreasonably dangerous condition of defendant's premises, Plaintiff suffered permanent physical and mental injuries including an in turned foot, causing her to walk with a limp and using a cane.

## JURISDICTION AND VENUE

10. Jurisdiction is proper pursuant to 28 U.S.C. 1332(a)(2) because of diversity of citizenship and because the amount in controversy exceeds $75,000 (seventy-five thousand dollars).

11. Venue is proper pursuant to 28 U.S.C. 1391.

## FIRST COUNT

(Premises Liability)

12. Plaintiff repeats and realleges each preceding paragraph of this Complaint.

13. Defendant through its agents and employees negligently allowed an unreasonably dangerous condition to exist on its premises.

14. As a result of defendant's negligence and the dangerous condition of its premises, plaintiff has suffered damages, including but not limited to a broken hip, broken leg, permanent pain, permanent limp, permanent loss of hip and leg function, mental and emotional anguish.

WHEREFORE, the Plaintiff demands judgment under Count I for the full extent of her damages including interest and costs.

## COUNT II

15. Plaintiff restates and realleges all preceding paragraphs of this Complaint.

16. Plaintiff negligently placed the sign warning of the dangerous condition on its premises so that the sign was not visible if the door was open.

17. As a result of defendant's negligence and the dangerous condition of its premises, plaintiff has suffered damages, including but not limited to a broken hip, broken leg, permanent pain, permanent limp, permanent loss of hip and leg function, mental and emotional anguish.

WHEREFORE, the Plaintiff demands judgment under Count II for the full extent of her damages including interest and costs.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL COUNTS SO TRIABLE**

Respectfully Submitted,
The Plaintiff,
Eileen Ziemba.

By: *(signature)* Herman T Bayless

Herman T. Bayless
B.B.O. No. 557032
118 Main Street
Sturbridge, MA 01566
(508) 797-3777

Date:   June 27, 2005

JS 44 (Rev. 11/04)                               CIVIL COVER SHEET  05-40103

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

DEFENDANTS

(b) County of Residence of First Listed Plaintiff **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **21**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
**Herman T. Bayless, Esq.
446 Main St., 20th Fl
Worcester, MA 01608   508-797-3777**

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract |  |  | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 USC 1332(a)(2) - Diversity**

Brief description of cause:
**Negligence/Premises Liability causing hip fracture, femur fracture**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ **250,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

**None**    (See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE **6/27/05**    SIGNATURE OF ATTORNEY OF RECORD **Herman T. Bayless**

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05-40103**

1. Title of case (name of first party on each side only) __Eileen M. Ziemba v. The Lido Restaurant__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    ✓ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    __None__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐    NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐    NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☑    NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☐      Central Division ☑      Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☐      Central Division ☐      Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Herman T. Bayless, Esq.__
ADDRESS __446 Main St, 20th Flr__
TELEPHONE NO. __Worcester, MA 01608__

(CategoryForm.wpd -5/2/05)