AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

EILEEN M. ZIEMBA

v.

MARILYN R. DIGREGORIO
dba THE LIDO RESTAURANT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40103** FDS

TO: (Name and address of Defendant)

Marilyn R. DiGregorio dba The Lido Restaurant
775 Quinebaug Rd
Thompson, CT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herman T. Bayless, Esq.
446 Main St., 20th Fl
Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

___AH A. THORNTON___    1-25-06

CLERK    DATE

_Sherry Jones_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 01/25/2006 |
| NAME OF SERVER (PRINT) David S. Johnson | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 773 Quinebaug Rd Thompson, CT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $100.00 | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/25/2006        David S. Johnson
                Date                Signature of Server

8 ALLEN RD, STURBRIDGE MA.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.