UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EILEEN M. ZIEMBA                                    Docket No. 05-40103FDS
　　　　　Plaintiff

Vs.

MARILYN R. DIGREGORIO
DBA THE LIDO RESTAURANT
　　　　　Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-entitled action, pursuant to the provisions of U.S. DC, LR 68.2, hereby stipulate and agree that the said action be dismissed with prejudice.

Defendant
By her attorney,

_/s/ Michael F. Ashe (HTB)_
Michael F. Ashe, BBO# 561009
Law Office of Donna Gully-Brown
446 Main Street, Floor 19
Worcester, MA 01608
(508) 753-0306

Plaintiff,
By her attorney,

_/s/ Herman T. Bayless_
Herman T. Bayless, Esq.
446 Main Street 20th Floor
Worcester, MA 01608

Dated: